UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHRISTOPHER LEON SMITH,

                 Plaintiff,

  v.

PIERCE COUNTY CORRECTIONS FACILITY, *et al.*,

                 Defendants.

No. C09-5473 BHS/KLS

ORDER DIRECTING SUBMISSION OF ADDITIONAL INFORMATION IN SUPPORT OF APPLICATION TO PROCEED IN FORMA PAUPERIS

       Before the Court is Plaintiff's application to proceed in forma pauperis. Dkt. 1. Plaintiff proposes to file what he has designated as a "Petition for Writ of Habeas Corpus (2241)". Dkt. 1-2. However, upon review, the Court finds that Plaintiff is attempting to file a complaint under 42 U.S.C. § 1983. Pursuant to 28 U.S.C. § 1915(b), a prisoner seeking to proceed *in forma pauperis* in a section 1983 case is required to submit a written acknowledgment and authorization form, authorizing the agency having custody over him to collect from his prison trust account an initial partial filing fee and subsequent monthly payments until the full filing fee ($350.00) is paid. Plaintiff has not submitted the acknowledgment and authorization form approved for use by this Court.

ORDER - 1

1    Accordingly, the Court does hereby find and **ORDER**:

2    (1)   The Clerk of the Court shall send to Plaintiff a copy of this Order and an
3    Acknowledgement and Authorization form; and

4    (2)   Plaintiff shall return the completed and signed Acknowledgement and
5    Authorization form to the Court **on or before September 25, 2009.**

     DATED this  9th   day of September, 2009.

                                           Karen L. Strombom
                                           United States Magistrate Judge

ORDER - 2