# United States District Court

WESTERN DISTRICT OF WASHINGTON

CHRISTOPHER LEON SMITH,

      v.

PIERCE COUNTY CORRECTIONS FACILITY, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5473 BHS

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The Court adopts the Report and Recommendation; and

(2) This action is **DISMISSED without prejudice** because Plaintiff has failed to state a claim upon which relief may be granted.

| | |
|---|---|
| January 7, 2010 | BRUCE RIFKIN |
| Date | Clerk |
| | *s/ Mary Trent* |
| | Deputy Clerk |